# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 3, 2021

## NO. 03-20-00378-CV

**Michael McDonald and Jeri McDonald, Appellants**

**v.**

**Keith Mauck, Jennifer Mauck, Erik Hoghaug, Karen Hoghaug,**
**Doug Gephardt, and Allison Gephardt, Appellees**

### APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on July 2, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.